# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3594

_____

TIMOTHY C. NIX,

Appellant,

v.

TAMPA MARRIOTT WESTSHORE,

Appellee.

_____

On appeal from the Florida Commission on Human Relations.
Cheyanne M. Costilla, Executive Director.

December 13, 2023

PER CURIAM.

DISMISSED. *See Gershman v. Fla. Elections Comm'n*, 127 So. 3d 686 (Fla. 4th DCA 2013).

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy C. Nix, pro se, Appellant.

Dawn Siler-Nixon, Ford & Harrison LLP, Tampa; Steven Reardon, Ford & Harrison LLP, Miami, for Appellee.